

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andre Verdun, on behalf of himself and a class of all others similarly situated; and Ian Anoush Golkar, on behalf of himself and a class of all others similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>City of San Diego. Does 1-150 inclusive<br><br>**Defendant.** | Civil Action No. 19-cv-00839-AJB-WVG<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants the City's motion for summary judgment.  In addition, the Court dismisses with prejudice Plaintiffs' Complaint.

**Date:**   1/4/21

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ J. Mueller

J. Mueller, Deputy