HARIRI LAW GROUP
Ramin R. Hariri (SBN: 251625)
12707 High Bluff Drive, Ste. 200
San Diego, CA 92130
Phone: (619) 363-2889
Fax: (619) 810-0791
Email: ramin@haririlaw.com

KHASHAYAR LAW GROUP
Daryoosh Khashayar, Esq. (SBN 236496)
12636 High Bluff Dr., Ste. 400
San Diego, California 92130
Phone: (858) 509-1550 / Fax: (858) 509-1551
Email: daryoosh@mysdlawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFFS ANDRE VERDUN; IAN ANOUSH GOLKAR, on behalf of themselves and a class of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN DIEGO; SAN DIEGO POLICE DEPARTMENT; DOES 1-130, inclusive<br><br>Defendants. | CASE NO.   19-cv-0839-AJB-WVG<br><br>**NOTICE OF APPEAL AND REPRESENTATION STATEMENT**<br><br><br>Judge:   Hon. Anthony J. Battaglia<br><br>Complaint Filed: May 3, 2019 |

# NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT AND ALL INTERESTED PARTIES

Notice is hereby given that Plaintiffs Andre Verdun and Ian Anoush Golkar, on behalf of themselves and a class of all others similarly situated in the above named, case hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment of the District Court of the Southern District of California, granting Defendants' Motion for Summary Judgment (Doc. #39), and the final judgment order entered on January 4, 2021.  (Doc #40).

Dated: January 19,  2021

**HARIRI LAW GROUP**
**KHASHAYAR LAW GROUP**


By: *Daryoosh Khashayar*
Ramin Hariri, Esq.
Daryoosh Khashayar, Esq.
Attorneys for Plaintiffs

# NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**ATTORNEYS FOR DEFENDANTS / APPEALEES,**
**CITY OF SAN DIEGO; SAN DIEGO POLICE DEPARTMENT**

MARA W. ELLIOTT, City Attorney
GEORGE F. SCHAEFER, Assistant City Attorney
MEGHAN ASHLEY WHARTON, Senior Deputy City Attorney
(SBN 250498)
Office of the San Diego City Attorney
1200 Third Avenue, Ste. 1100
San Diego, California 92101-4100
Phone: (619) 533-5800
Fax: (619) 533-5856
Email: mwharton@sandiego.gov

[PLEASE ENSURE THAT YOU ARE REGISTERED FOR APPELLATE ELECTRONIC FILING IN THE 9TH CIRCUIT AT http://www.ca9.uscourts.gov/cmecf#section-registration ]

**ATTORNEYS FOR PLAINTIFFS / APPELLANTS, ANDRE VERDUN; IAN ANOUSH GOLKAR**

HARIRI LAW GROUP
Ramin R. Hariri (SBN: 251625)
12707 High Bluff Drive, Ste. 200
San Diego, CA 92130
Phone: (619) 363-2889
Fax: (619) 810-0791
Email: ramin@haririlaw.com

KHASHAYAR LAW GROUP
Daryoosh Khashayar, Esq. (SBN 236496)
12636 High Bluff Dr., Ste. 400
San Diego, CA 92130
Phone: (858) 509-1550
Fax: (858) 509-1551
Email: daryoosh@mysdlawyers.com

Counsel is registered for Electronic Filing in the 9th Circuit.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list. I have also sent a copy of the Notice of Appeal and Representation Statement to the City Attorney representing Defendants at the following email, fax number and mailing address:

MARA W. ELLIOTT, City Attorney
GEORGE F. SCHAEFER, Assistant City Attorney
MEGHAN ASHLEY WHARTON, Senior Deputy City Attorney (SBN 250498)
Office of the San Diego City Attorney
1200 Third Avenue, Ste. 1100
San Diego, California 92101-4100
Phone: (619) 533-5800
Fax: (619) 533-5856
Email: mwharton@sandiego.gov

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed the 19th day of January 2021.

                *Jennifer Valdez*
                Jennifer Valdez